# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WILFREDO GONZALEZ-LORA,       :
                      :

        Plaintiff,        :
                      :

        v.           :      Civil Action No. 15-1711 (CKK)
                      :

DEPARTMENT OF HOMELAND SECURITY,  :
                      :

                      :

        Defendant.     :

## MEMORANDUM OPINION

On June 29, 2016, the defendant, by counsel, filed a motion to dismiss the complaint [ECF No. 14]. Because a ruling on the motion to dismiss potentially could dispose of this case, the Court advised the *pro se* plaintiff of his obligations under the Federal Rules of Civil Procedure and the rules of this Court. Specifically, the Court warned the plaintiff that, if he failed to file an opposition or other response to the defendant's motion by July 29, 2016, the Court would treat the motion as conceded. To date, the plaintiff has not filed an opposition or a motion for more time to do so. Accordingly, the Court will grant the defendant's motion as conceded and will dismiss this action. An Order is issued separately.

                          /s/

DATE: August 12, 2016          COLLEEN KOLLAR KOTELLY
                          United States District Court Judge